UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AARON W. RAUSCH,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C04-5688FDB

ORDER DENYING CERTIFICATE OF APPEALABILITY

    The Court denied Rausch's 2255 Petition in which he argued that because he was placed in solitary confinement at the Federal Detention Center for disciplinary violations before sentence was imposed in the criminal case, he was subjected to double jeopardy. This Court concluded that the Double Jeopardy Clause is not applicable in this situation involving prison disciplinary sanctions.

    U these circumstances, a certificate of appealability is denied. SO ORDERED.

    DATED this 28th day of July 2005.

                                            FRANKLIN D. BURGESS
                                            UNITED STATES DISTRICT JUDGE

ORDER - 1